## Commonwealth *v.* Brown, Appellant.

Before POPOVICH, J., without a jury.

Argued November 17, 1975. *Anthony J. Lalama,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Colello, Appellant.

Before STRANAHAN, P. J.

Argued November 20, 1975. *T. Bonner,* Assistant Public Defender, with him *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.